IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

| | |
|---|---|
| NORRIS W. GREEN<br>_____,<br><br>Plaintiff,<br><br>v.<br><br>STATE BOARD OF MEDICAL EXAMINERS, ET AL<br>_____,<br><br>Defendants, | )<br>)<br>)<br>)   RECEIVED<br>)<br>)   CASE NO. 2018 AUG -8 A 11:43  2:18-cv-719<br>)<br>)<br>)   DEBRA P. HACKETT, CLK<br>)   U.S. DISTRICT COURT<br>)   MIDDLE DISTRICT ALA |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>NORRIS W. GREEN</u>, a <u>Plaintiff</u> ☑ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>        <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____

_____        _____

_____        (Signature) *B. Kincey Green Jr.*

Date                                      **B. Kincey Green Jr.**
_____
(Counsel's Name)

**Norris W. Green**
_____
Counsel for (print names of all parties)
PO Box 447
_____
Selma, Alabama 36702-0447
Address, City, State Zip Code
334-875-7236
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern _____ DIVISION

## CERTIFICATE OF SERVICE

I, B Kincey Green Jr. _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by personal delivery _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __8__ day of August _____ 2018, to:

US District Court Clerk

Middle District of Alabama

One Church Street, Montgomery, AL 36104

Montgomery, AL 36104

8-8-2018
Date

[Signature: B Kincey Green Jr.]
Signature