MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ▾

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STATE BOARD OF MEDICAL EXAMINERS
C/O  H. JOSEPH FALGOUT MD and MARK H. LEQUIRE, MD
CO-EXECUTIVE DIRECTORS
P.O. BOX 946
MONTGOMERY AL 36101-0946

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: *August 15, 2018*

*Signature of Clerk or Deputy Clerk*

SCANNED
ON 8/15

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee        3.35
$                          2:18cv719
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____        Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage                    2.90
$
Total Postage and Fees     9.00
$
Sent To     ST BOARD OF MEDICAL EXAMINERS
            C/O H. JOSEPH FALGOUT, MD and
Street and Apt. No., or PO Box No. MARK H. LEQUIRE, MD, EXEC. DIR
            PO BOX 946
City, State, ZIP+4®   MONTGOMERY  AL 36101-0946

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | |
|---|---|
| Norris W. Green | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:18-cv-00719-TFM |
| State Board of Medical Examiners, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Attorney General of the State of Alabama
501 Washington Avenue
Montgomery, AL 36130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B Kincey Green, Jr.
Attorney for Plaintiff
Reeves & Steward PC
P O Box447
Selma, Alabama 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: *August 15, 2018*

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-719

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee    3.35

$

2:18cv719

Extra Services & Fees *(check box, add fee as appropriate)*
□ Return Receipt (hardcopy)    $ _____
□ Return Receipt (electronic)    $ _____    Postmark
□ Certified Mail Restricted Delivery  $ _____   Here
□ Adult Signature Required    $ _____
□ Adult Signature Restricted Delivery $ _____

Postage

The Attorney General of the State of Alabama
501 Washington Avenue
Montgomery, AL 36130

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama ▾

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The MEDICAL ASSOCIATION OF ALABAMA
C/O MARK JACKSON, EXECUTIVE DIRECTOR
19 SOUTH JACKSON STREET
MONTGOMERY, AL 36104-3812

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                            *Server's signature*

                                            _____
                                            *Printed name and title*

                                            _____
                                            *Server's address*

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | 2:18CV719 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____      Postmark
☐ Certified Mail Restricted Delivery $ _____      Here
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

| Postage | 2.90 |
|---|---|
| $ | |
| Total Postage and Fees | 9.00 |
| $ | |

Sent To   MEDICAL ASSOCIATION OF ALA.
Street and Apt. No., or PO Box No.   C/O MARK JACKSON, EXEC. DIR.
City, State, ZIP+4®   19 SOUTH JACKSON STREET

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7016 1970 0000 9008 7773

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

Norris W. Green )
*Plaintiff* )
v. )  Civil Action No.  2:18-cv-00719-TFM
State Board of Medical Examiners, et al )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Boyde Jerome Harrison, MD
525 Layne Hill
Haleyville, AL 35565-7048

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B Kincey Green, Jr.
Attorney for Plaintiff
Reeves & Steward PC
P O Box447
Selma, Alabama 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: *August 15, 2018*

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

     ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

     ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

     ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

     ☐ I returned the summons unexecuted because _____ ; or

     ☐ Other *(specify):*

                                                              .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

_____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
**Domestic Mail Only**

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____    Postmark
☐ Certified Mail Restricted Delivery   $ _____    Here
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage    2.90
$

Total Postage and Fees    9.00
$

Sent To   Boyde Jerome Harrison, MD

Street and Apt.   525 Layne Hill

City, State, Zip   Haleyville, AL 35565-7048

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama

| | | |
|---|---|---|
| Norris W. Green | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:18-cv-00719-TFM |
| State Board of Medical Examiners, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  H. Joseph Falgout, MD
3601 Grand Arbor Drive
Tuscaloosa, Alabama 35406-2928

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> B Kincey Green, Jr.
> Attorney for Plaintiff
> Reeves & Steward PC
> P O Box447
> Selma, Alabama 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: *August 15, 2018*

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ _____
☐ Return Receipt (electronic)  $ _____          Postmark
☐ Certified Mail Restricted Delivery  $ _____      Here
☐ Adult Signature Required  $ _____
☐ Adult Signature Restricted Delivery $ _____

| Postage | 2.90 |
|---|---|
| $ | |
| **Total Postage and Fees** | 9.00 |
| $ | |

*Sent:* H. Joseph Falgout, MD
*Street* 3601 Grand Arbor Drive
*City,* Tuscaloosa, Alabama 35406-2928

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama ▼

|  |  |
|---|---|
| Norris W. Green | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2 : 18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Mark H. Lequire, MD
2055 Myrtlewood Drlve
Montgomery Al. 36111-1003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> B Kincey Green Jr.
> Attorney for Plaintiff
> Reeves & Stewart PC
> PO Box 447
> Selma, Alabama 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2118-cv-719

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                          .

☐ I personally served the summons on the individual at *(place)*

_____     on *(date)* _____     ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____     , a person of suitable age and discretion who resides there,

on *(date)* _____     , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____     , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____     on *(date)* _____     ; or

☐ I returned the summons unexecuted because _____     ; or

☐ Other *(specify):*

My fees are $ _____     for travel and $ _____     for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee     3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage     2.90

Total Postage and Fees     9.00

Sent To     MARK H. LEQUIRE, MD
Street and Apt. No., or PO Box No.   2053 MYRTLEWOOD DRIVE
City, State, ZIP+4®   MONTGOMERY, AL 36111-1003

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ☐

|  |  |
|---|---|
| Norris W. Green | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Gregory W. Ayers, MD
2405 ALTARIDGE CIRCLE
VESTAVIA, ALABAMA 35243-4527

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B Kincey Green Jr.
Attorney for Plaintiff
Reeves & Stewart PC
PO Box 447
Selma, Alabama 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *August 15, 2018*

*DEBRA P. HACKETT, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-00719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(I))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____       _____
                               *Server's signature*

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | 3.35 | |
| $ | | 2:18cv719 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $ 2.75 | |
| ☐ Return Receipt (hardcopy) | $ _____ | |
| ☐ Return Receipt (electronic) | $ _____ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ _____ | Here |
| ☐ Adult Signature Required | $ _____ | |
| ☐ Adult Signature Restricted Delivery | $ _____ | |
| Postage | 2.90 | |
| $ | | |
| Total Postage and Fees | 9.00 | |
| $ | | |

Sent To   GREGORY W. AYERS, MD
Street and Apt. No., or PO Box No.   2405 ALTARIDGE CIRCLE
City, State, ZIP+4®   VESTAVIA, AL 35243-4527

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7017 3380 0000 5733 6218

_____
*Printed name and title*

_____
*Server's address*

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ▼

NORRIS W. GREEN )
*Plaintiff* )
v. ) Civil Action No. 2:18-cv-719
STATE BOARD OF MEDICAL EXAMINERS, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ELI L. BROWN, MD
5539 LAKE TRACE DRIVE
HOOVER, ALABAMA  35244-3966

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

7016 1970 0008 9008 8572

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ 2.75 | |
| ☐ Return Receipt (electronic) $ _____ | Postmark |
| ☐ Certified Mail Restricted Delivery $ _____ | Here |
| ☐ Adult Signature Required $ _____ | |
| ☐ Adult Signature Restricted Delivery $ _____ | |
| Postage | 2.90 |
| $ | |
| Total Postage and Fees | 9.00 |
| $ | |

Sent To  ELI L. BROWN, MD
Street and Apt. No., or PO Box No. 5539 LAKE TRACE DRIVE
City, State, ZIP+4®  HOOVER, AL 35244-3966

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  🔽

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DAVID P. HERRICK, MD
2169 ALLENDALE ROAD
MONTGOMERY, ALABAMA 36111-1017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> B. KINCEY GREEN JR.
> REEVES & STEWART PC
> PO BOX 447
> SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                          _____
                                                *Server's signature*

                                               _____
                                                *Printed name and title*

                                               _____
                                                *Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |

Extra Services & Fees *(check box, add fee as appropriate)*
□ Return Receipt (hardcopy)   $ _____
□ Return Receipt (electronic)   $ _____
□ Certified Mail Restricted Delivery  $ _____
□ Adult Signature Required   $ _____
□ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage  $  2.90

Total Postage and Fees  $  9.00

Sent To   DAVID P. HERRICK, MD
Street and Apt. No., or PO Box No.   2169 ALLENDALE ROAD
City, State, ZIP+4®   MONTGOMERY, AL 36111-1017

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ▼

NORRIS W. GREEN )
*Plaintiff* )
v. ) Civil Action No. 2:18-cv-719
STATE BOARD OF MEDICAL EXAMINERS, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     BEVERLY F. JORDAN, MD
7 INDIGO PLACE
ENTERPRISE, ALABAMA  36330-8110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | $ 2.75 |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postmark Here | |
| Postage | 2.90 |
| $ | |
| Total Postage and Fees | 9.00 |
| $ | |

Sent To BEVERLY F. JORDAN, MD

Street and Apt. No., or PO Box No. 7 INDIGO PLACE

City, State, ZIP+4® ENTERPRISE, AL 36330-8110

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama ▼

NORRIS W. GREEN

*Plaintiff*

v.                                     Civil Action No. 2:18-cv-719

STATE BOARD OF MEDICAL EXAMINERS, ET AL

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    GARY F. LEUNG, MD
567 HAMILTON HILLS COURT
AUBURN, ALABAMA  36830-7539

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: *August 15, 2018*

*DEBRA P. HACKETT, CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:18-cv-00719

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____          _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   $ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ 2.75
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____   Postmark Here
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage   $ 2.90

Total Postage and Fees   $ 9.00

Sent To   GARY F. LEUNG, MD
Street and Apt. No., or PO Box No.   567 HAMILTON HILLS COURT
City, State, ZIP+4®   AUBURN, AL 36830-7539

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ▼

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | ) |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

Civil Action No. 2:18-cv-719

## SUMMONS IN A CIVIL ACTION
$N$.

To: *(Defendant's name and address)*    JOHN S. MEIGS, MD
208 PIERSON AVENUE
CENTERVILLE, ALABAMA  35042-2918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

| Certified Mail Fee | $ 3.35 | 2:18cv719 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ 2.75 | |
| ☐ Return Receipt (electronic) | $ _____ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ _____ | Here |
| ☐ Adult Signature Required | $ _____ | |
| ☐ Adult Signature Restricted Delivery | $ _____ | |
| Postage | $ 2.90 | |
| Total Postage and Fees | $ 9.00 | |

Sent To  JOHN S. MEIGS, MD
Street and Apt. No., or PO Box No.  208 PIERSON AVENUE
City, State, ZIP+4®  CENTERVILLE, AL 35042-2918

7016 1970 0000 9008 7766

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ▾

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DICK OWENS, MD
904 26TH STREET
HALEYVILLE, ALABAMA  35565-1719

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        B. KINCEY GREEN JR.
        REEVES & STEWART PC
        PO BOX 447
        SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

                                  *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ❏ Return Receipt (hardcopy) $ _____ | |
| ❏ Return Receipt (electronic) $ _____ | Postmark Here |
| ❏ Certified Mail Restricted Delivery $ _____ | |
| ❏ Adult Signature Required $ _____ | |
| ❏ Adult Signature Restricted Delivery $ _____ | |
| Postage | 2.90 |
| $ | |
| Total Postage and Fees | 9.00 |
| $ | |

Sent To  DICK OWENS, MD
Street and Apt. No., or PO Box No.  904 26TH STREET
City, State, ZIP+4®  HALEYVILLE, AL 35565-1719

7016 1970 0000 9008 7735

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ▾

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    BRADLEY S. RICE, MD
3110 GREYSTONE DRIVE SE
OWENS CROSS ROAD, ALABAMA  35763-8413

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

_____
*Printed name and title*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $ 3.35 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $ 2.75 |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $ 2.90 |
| **Total Postage and Fees** | $ 9.00 |

2:18cv719

Postmark
Here

_____
*Server's address*

Sent To BRADLEY S. RICE, MD
Street and Apt. No., or PO Box No. 3110 GREYSTONE DRIVE SE
City, State, ZIP+4® OWENS CROSS ROAD, AL

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

8534 9008 0000 1970 7016

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama ▾

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | ) |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

Civil Action No. 2:18-cv-719

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CHARLES M. A. ROGERS, IV, MD
54 BYRNES BLVD
MOBILE, ALABAMA  36608-2620

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: *August 15, 2018*

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   3.35
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____         Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage        2.90
$
Total Postage and Fees   9.00
$
Sent To   CHARLES M. A. ROGERS, IV, MD
Street and Apt. No., or PO Box No.   54 BYRNES BLVD
City, State, ZIP+4®   MOBILE, AL 36608-2620

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama ☑

NORRIS W. GREEN )
*Plaintiff* )
v. ) Civil Action No. 2:18-cv-719
STATE BOARD OF MEDICAL EXAMINERS, ET AL )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PATRICIA SHANER
8505 OLDE GATE
MONTGOMERY, ALABAMA 36116-6655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-719

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | 3.35 |
| $ | 2.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |
| Postage | 2.90 |
| $ | |
| Total Postage and Fees | 9.00 |
| $ | |

Postmark
Here

2:180/719

Sent To PATRICIA SHANER
Street and Apt. No., or PO Box No. 8505 OLDE GATE ROAD
City, State, ZIP+4® MONTGOMERY, AL 36116-6655

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama  ☑

| | |
|---|---|
| NORRIS W. GREEN<br>*Plaintiff*<br>v.<br>STATE BOARD OF MEDICAL EXAMINERS, ET AL<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Civil Action No. 2:18-cv-719

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ERIC WILSON HUNTER
133 SPRING STREET
MOUNTAIN BROOK, ALABAMA  35213-2932

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

**For delivery information, visit our website at www.usps.com®.**

OFFICIAL USE

| Certified Mail Fee | 3.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $ 2.75 |
| ☐ Return Receipt (hardcopy) | $ _____ |
| ☐ Return Receipt (electronic) | $ _____ |
| ☐ Certified Mail Restricted Delivery | $ _____ |
| ☐ Adult Signature Required | $ _____ |
| ☐ Adult Signature Restricted Delivery | $ _____ |
| Postage | 2.90 |
| Total Postage and Fees | 9.00 |
| $ | |

2:18 CV 719

Postmark
Here

*Sent To* ERIC WILSON HUNTER
*Street and Apt. No., or PO Box No.* 133 SPRING STREET
*City, State, ZIP+4®* MOUNTAIN BROOK, AL 35213-2932

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7016 1970 0000 9008 8527