- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GREGORY W. AYERS, MD
2405 ALTARIDGE CIRCLE
VESTAVIA, AL 35243-4527

9590 9402 3922 8060 1317 42

2. Article Number *(Transfer from service label)*

7017 3380 0000 5793 6218

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature
X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by *(Printed Name)*: Gregory Ayers

C. Date of Delivery: 8-17-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:18CV719 CLS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt