| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ Mark LeQuire   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  Mark LeQuire<br>C. Date of Delivery |
| 1. Article Addressed to:<br><br>MARK H. LEQUIRE MD<br>2055 MYRTLEWOOD DRIVE<br>MONTGOMERY, AL 36111-1003<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br><br>9590 9402 2170 6193 0253 70 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>2:18cv719(J)<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ___ red Mail<br>☐ red Mail Restricted Delivery<br>  r $500)<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7016 1970 0000 9008 8589 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                     Domestic Return Receipt