| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Marilyn Scott* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Marilyn Scott* C. Date of Delivery 8/17/18 |
| 1. Article Addressed to:<br><br>DICK OWENS, MD<br>904 26TH STREET<br>HALEYVILLE, AL 35565-1719 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:18cv719 as |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2170 6193 0254 17 | 3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☑ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☑ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1970 0000 9008 7735 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery over $500 |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |