**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

STATE BOARD OF MEDICAL EXAMINERS
C/O H. JOSEPH FALGOUT, MD and MARK H. LEQUIRE, MD
CO-EXECUTIVE DIRECTORS
PO BOX 946
MONTGOMERY, AL 36101-0946

9590 9402 2170 6193 0252 71

2. Article Number (Transfer from service label)

7016 1970 0000 9008 7780

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Scott J_____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                AUG 17 REC'D

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

2:18cv719 cls

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt