| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |

1. Article Addressed to:

The Attorney General of the State of Alabama
501 Washington Avenue
Montgomery, AL 36130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:18cv719 CLS

9590 9402 2170 6193 0259 12

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*
7016 1970 0000 9008 7797

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt