| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Wilson Hunter   C. Date of Delivery: 8/21/18 |
| 1. Article Addressed to:<br><br>ERIC WILSON HUNTER<br>133 SPRING STREET<br>MOUNTAIN BROOK, AL 35213-2932<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br><br>9590 9402 3922 8060 1295 58 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:18cv719 cls<br><br>3. Service Type<br>☐ Adult Signature                    ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery   ☐ Registered Mail™<br>☑ Certified Mail®                     ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery   ☑ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation™<br>☐ Restricted Delivery                 ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1970 0000 9008 8527 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                      Domestic Return Receipt