IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS W. GREEN,** | ) |
| | ) |
|    **PLAINTIFF,** | ) |
| | ) |
| v. | )    **CASE NO. 2:18-cv-719-TFM** |
| | ) |
| **STATE BOARD OF MEDICAL** | ) |
| **EXAMINERS, et al.,** | ) |
| | ) |
|    **DEFENDANTS.** | ) |

## CONFLICT DISCLOSURE STATEMENT

Charles M. A. Rogers IV, a named Defendant in the above-captioned matter, respectfully makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

It is not clear from the allegations of the Complaint (ECF No. 1) whether the claims against Charles M. A. Rogers IV are brought against him in his official capacity or in his individual capacity or in both capacities. To the extent that any claims are about brought against him in his individual capacity, this party is an individual. To the extent that any claims are brought against him in his official capacity, this party is a governmental entity.

Respectfully submitted this 24th day of August, 2018.

                                               /s/ Barbara J. Wells
                                               **BARBARA J. WELLS (GIL037)**
                                               C. Richard Hill (HIL045)

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069

Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: Barbara.Wells@chlaw.com
Email: Rick.Hill@chlaw.com

                                          Counsel for Defendant M.A. Rogers IV

## **CERTIFICATE OF SERVICE**

On August 24, 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record listed below:

B. Kincey Green Jr.
Reeves & Stewart PC
PO Box 447
Selma, AL 36072-0447
Kincey@bellsouth.net

                                          /s/ Barbara J. Wells
                                          Of Counsel