MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| NORRIS W. GREEN<br>*Plaintiff*<br>v.<br>STATE BOARD OF MEDICAL EXAMINERS, ET AL<br>*Defendant* | )<br>)<br>) Civil Action No. 2:18-cv-719<br>)<br>) |

RECEIVED 2018 AUG 27 A 11: 42
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID P. HERRICK, MD
2169 ALLENDALE ROAD
MONTGOMERY, ALABAMA 36111-1017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> B. KINCEY GREEN JR.
> REEVES & STEWART PC
> PO BOX 447
> SELMA, AL 36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: August 15, 2018

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-719

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Office of the Clerk
United States District Court
One Church Street
Montgomery, AL 36104



7017 3380 0000 5793 6225



DAVID P. HERRICK, MD
2169 ALLENDALE ROAD
MONTGOMERY, AL 36111-1017

NIXIE        326  DE 1            0908/22/18
            RETURN TO SENDER
                REFUSED
            UNABLE TO FORWARD
BC: 36104401801    2247N234171-01786

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>DAVID P. HERRICK, MD<br>2169 ALLENDALE ROAD<br>MONTGOMERY, AL 36111-1017<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2170 6193 0252 88 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>2:18 cv719 d)<br><br>3. Service Type<br>☐ Adult Signature            ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☑ Certified Mail®            ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☑ Return Receipt for Merchandise<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation™<br>☐ Insured Mail              ☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>   7017 3380 0000 5793 6225 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |