IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **NORRIS W. GREEN,** } | |
| } | |
| **Plaintiff,** } | |
| } | **Case No.: 2:18-cv-00719-TFM** |
| **v.** } | |
| } | |
| **STATE BOARD OF MEDICAL** } | |
| **EXAMINERS, etc., et al,** } | |
| } | |
| **Defendants.** } | |

## NOTICE OF APPEARANCE

Comes now Brandon Keith Essig and enters his appearance as counsel of record for Defendant Boyde Jerome Harrison, M.D. in the above-styled matter.

Dated this 4th day of September, 2018.

                                              Respectfully submitted,

                                              */s/ Brandon K. Essig*
                                              Attorney for Defendant,
                                              Boyde Jerome Harrison, M.D.
                                              Bar Number:  asb-4186-n51e
                                              LIGHTFOOT FRANKLIN & WHITE LLC
                                              The Clark Building
                                              400 20th Street North
                                              Birmingham, Alabama 35203
                                              Telephone:   (205) 581-0700

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                        Respectfully submitted,

                                        */s/ Brandon K. Essig*
                                        LIGHTFOOT FRANKLIN & WHITE LLC
                                        The Clark Building
                                        400 20th Street North
                                        Birmingham, Alabama 35203
                                        Telephone:   (205) 581-0700
                                        Bar Number:  asb-4186-n51e