# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **NORRIS W. GREEN,** | } |
| | } |
| **Plaintiff,** | } |
| | } **Case No.: 2:18-cv-00719-TFM** |
| v. | } |
| | } |
| **STATE BOARD OF MEDICAL** | } |
| **EXAMINERS, etc., et al,** | } |
| | } |
| **Defendants.** | } |

## NOTICE OF APPEARANCE

Comes now Logan T. Matthews and enters his appearance as additional counsel of record for Defendant Boyde Jerome Harrison, M.D. in the above-styled matter.

Dated this 4th day of September, 2018.

                                                 Respectfully submitted,

                                                 */s/ Logan T. Matthews*
                                                 Attorney for Defendant,
                                                 Boyde Jerome Harrison, M.D.
                                                 Bar Number:  asb-7792-y11e
                                                 LIGHTFOOT FRANKLIN & WHITE LLC
                                                 The Clark Building
                                                 400 20th Street North
                                                 Birmingham, Alabama 35203
                                                 Telephone:  (205) 581-0710

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    Respectfully submitted,

                                                    */s/ Logan T. Matthews*
                                                    LIGHTFOOT FRANKLIN & WHITE LLC
                                                    The Clark Building
                                                    400 20th Street North
                                                    Birmingham, Alabama 35203
                                                    Telephone:   (205) 581-0710
                                                    Bar Number:  asb-7792-y11e