IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **NORRIS W. GREEN,** } | |
| } | |
| **Plaintiff,** } | |
| v. } | Case No.: 2:18-cv-00719-TFM |
| } | |
| **STATE BOARD OF MEDICAL** } | |
| **EXAMINERS, etc., et al,** } | |
| } | |
| **Defendants.** } | |

**CONFLICT DISCLOSURE STATEMENT**

Comes now Boyde Jerome Harrison, M.D., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and/or an agent of a governmental entity and there are no entities to be reported.

Dated: September 5, 2018.

          Respectfully submitted,

          */s/ Brandon K. Essig*
          Attorney for Defendant,
          Boyde Jerome Harrison, M.D.
          LIGHTFOOT FRANKLIN & WHITE LLC
          The Clark Building
          400 20th Street North
          Birmingham, Alabama 35203
          Telephone: (205) 581-0738

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                        Respectfully submitted,

                                                        */s/ Brandon K. Essig*
                                                        LIGHTFOOT FRANKLIN & WHITE LLC
                                                        The Clark Building
                                                        400 20th Street North
                                                        Birmingham, Alabama 35203
                                                        Telephone:   (205) 581-0700