IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS W. GREEN,** | ) |
| | ) |
|     **PLAINTIFF,** | ) |
| | ) |
| v. | )     **CASE NO. 2:18-cv-719-TFM** |
| | ) |
| **STATE BOARD OF MEDICAL** | ) |
| **EXAMINERS, et al.,** | ) |
| | ) |
|     **DEFENDANTS.** | ) |

## JOINT MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE

The parties to this action, by and through the undersigned counsel, and without waiver of any jurisdictional or immunity defenses, jointly move for an extension of the responsive pleading deadline until October 28, 2018. The responses of two defendants are already due on October 28, 2018, and the granting of this motion will cause all defendants' responses to the complaint to be due on the same day.

The attorney filing this motion has the express permission of all counsel below to affix their electronic signature on this filing.

Respectfully submitted this 6th day of September, 2018.

/s/ Barbara J. Wells
**C. RICHARD HILL, JR. (HIL045)**
**BARBARA C. WELLS (GIL037)**
*Attorneys for State Board of Medical Examiners, Drs. LeQuire, Brown, Jordan, Meigs, Rice, Rogers, Falgout, Ayers, Herrick, Leung, and Owens*

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, Alabama 36104
Telephone: (334) 241-8034

Facsimile:   (334) 241-8234
Email:  rick.hill@chlaw.com
           barbara.wells@chlaw.com

/s/ Tabor Novak
**TABOR NOVAK (NOV001)**
**MILAND SIMPLER (SIM103)**
*Attorneys for State Board of Medical Examiners, Drs. LeQuire, Brown, Jordan, Meigs, Rice, Rogers, Falgout, Ayers, Herrick, Leung, and Owens*

**OF COUNSEL:**
BALL BALL MATTHEWS & NOVAK, PA
445 Dexter Avenue Suite 9045
Montgomery, Alabama 36104
Telephone:  (334) 387-7680
Facsimile:   (334) 387-3222
Email: tnovak@ball-ball.com
Email: msimpler@ball-ball.com

/s/ Marc Ayers
**MARC AYERS (ASB-7731-A60m)**
*Attorney for Eric Wilson Hunter*

**OF COUNSEL:**
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 5th Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8598
Facsimile:   (205) 488-6598
Email:   mayers@bradley.com

/s/ Arnold W. Umbach, III
**ARNOLD W. UMBACH, III (UMB002)**
**WALTER W. BATES (BAT007)**
**MADELEINE GRESKOVICH (GRE147)**
*Attorneys for the Medical Association of Alabama, Board of Censors of the Medical Association of Alabama, and Drs. LeQuire, Brown, Jordan, Meigs, Rice, Rogers, Falgout, Ayers, Herrick, Leung, and Owens*

**OF COUNSEL:**
STARNES DAVIS FLORIE LLP
100 Brookwood Place #7
Birmingham, Alabama  35209

2

Telephone: (205) 868-6000
Facsimile: (205) 868-6099
Email: tumbach@starneslaw.com
    mgreskovich@starneslaw.com
    wwb@starneslaw.com

　　　　　　　　　　　　　　　　　　　　/s/ Brandon Essig
　　　　　　　　　　　　　　　　　　　　**BRANDON ESSIG (ESS001)**
　　　　　　　　　　　　　　　　　　　　**LOGAN MATHEWS (MAT068)**
　　　　　　　　　　　　　　　　　　　　*Attorneys for Dr. Jerry Harrison*

**OF COUNSEL:**
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0738
Facsimile: (205) 581-0799
Email: bessig@lightfootlaw.com

　　　　　　　　　　　　　　　　　　　　/s/ Bobby Segall
　　　　　　　　　　　　　　　　　　　　**BOBBY SEGALL (SEG003)**
　　　　　　　　　　　　　　　　　　　　*Attorney for Trish Shaner*

**OF COUNSEL:**
COPELAND FRANCO
P.O. Box 347
Montgomery, Alabama 36101-0347
Telephone: (334) 834-1180
Facsimile: (334) 834-3172
Email: segall@copelandfranco.com

　　　　　　　　　　　　　　　　　　　　/s/ B. Kincey Green, Jr.
　　　　　　　　　　　　　　　　　　　　**B. KINCEY GREEN, JR (GRE040)**
　　　　　　　　　　　　　　　　　　　　*Attorney for Norris W. Green*

**OF COUNSEL**:
REEVES & STEWART, PC
P.O. Box 447
Selma, Alabama 36702-0447
Telephone: (334) 875-7236
Facsimile: (334) 875-7625
Email: kincey@bellsouth.net