**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **NORRIS W. GREEN,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:18-cv-719-TFM** |
| | ) | |
| **STATE BOARD OF MEDICAL** | ) | |
| **EXAMINERS, et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## CONFLICT DISCLOSURE STATEMENT

Beverly F. Jordan, a named Defendant in the above-captioned matter, respectfully makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

It is not clear from the allegations of the Complaint (ECF No. 1) whether the claims against Beverly F. Jordan are brought against her in her official capacity or in her individual capacity or in both capacities. To the extent that any claims are about brought against her in her individual capacity, this party is an individual. To the extent that any claims are brought against her in her official capacity, this party is a governmental entity.

Consistent with the Middle District of Alabama's Administrative Procedure for Filing, Signing, and Verifying Pleadings and Documents in the District Court under the CM/ECF System, the filing attorney certifies that all signatories to this document agree to its filing.

Respectfully submitted this 6th day of September, 2018.

/s/ Barbara J. Wells
**BARBARA J. WELLS (GIL037)**
**C. RICHARD HILL (HIL045)**

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: Barbara.Wells@chlaw.com
Email: Rick.Hill@chlaw.com

s/ Tabor Novak_____
**TABOR NOVAK (NOV001)**
**MILAND SIMPLER (SIM103)**

**OF COUNSEL:**
**BALL BALL MATTHEWS & NOVAK, PA**
445 Dexter Avenue Suite 9045
Montgomery, Alabama 36104
Telephone:  (334) 387-7680
Facsimile:   (334) 387-3222
Email: tnovak@ball-ball.com
Email: msimpler@ball-ball.com

*Attorneys for State Board of Medical Examiners,*
*Drs. LeQuire, Brown, Jordan, Meigs, Rice, Rogers,*
*Falgout, Ayers, Herrick, Leung, and Owens*

## CERTIFICATE OF SERVICE

On September 6, 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record listed below:

B. Kincey Green Jr.
Reeves & Stewart PC
PO Box 447
Selma, AL 36072-0447
Kincey@bellsouth.net

Marc Ayers
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 5th Avenue North
Birmingham, Alabama  35203
Telephone:  (205) 521-8598

Facsimile:   (205) 488-6598
Email:  mayers@bradley.com
Trip Umbach
Walter Bates
Madeleine Greskovich
STARNES DAVIS FLORIE LLP
100 Brookwood Place #7
Birmingham, Alabama  35209
Email: tumbach@starneslaw.com
      wbates@starneslaw.com
      mgreskovich@starneslaw.com

Brandon Essig
Logan Mathews
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama  35203
Email:  bessig@lightfootlaw.com
      lmathews@lightfootlaw.com

Bobby Segall
COPELAND FRANCO
P.O. Box 347
Montgomery, Alabama  36101-0347
Email: segall@copelandfranco.com


        /s/ Barbara J. Wells
        Of Counsel