**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **NORRIS W. GREEN,** | ) |
| | ) |
|    **PLAINTIFF,** | ) |
| | ) |
| v. | )    **CASE NO. 2:18-cv-719-TFM** |
| | ) |
| **STATE BOARD OF MEDICAL** | ) |
| **EXAMINERS, et al.,** | ) |
| | ) |
|    **DEFENDANTS.** | ) |

**CONFLICT DISCLOSURE STATEMENT**

    Mark H. LeQuire, a named Defendant in the above-captioned matter, respectfully makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    It is not clear from the allegations of the Complaint (ECF No. 1) whether the claims against Mark H. LeQuire are brought against him in his official capacity or in his individual capacity or in both capacities. To the extent that any claims are about brought against him in his individual capacity, this party is an individual. To the extent that any claims are brought against him in his official capacity, this party is a governmental entity.

    Consistent with the Middle District of Alabama's Administrative Procedure for Filing, Signing, and Verifying Pleadings and Documents in the District Court under the CM/ECF System, the filing attorney certifies that all signatories to this document agree to its filing.

    Respectfully submitted this 6th day of September, 2018.

                                               /s/ Barbara J. Wells
                                             **BARBARA J. WELLS (GIL037)**
                                             **C. RICHARD HILL (HIL045)**

OF COUNSEL:
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: Barbara.Wells@chlaw.com
Email: Rick.Hill@chlaw.com

                                         s/ Tabor Novak
                                         **TABOR NOVAK (NOV001)**
                                         **MILAND SIMPLER (SIM103)**

OF COUNSEL:
**BALL BALL MATTHEWS & NOVAK, PA**
445 Dexter Avenue Suite 9045
Montgomery, Alabama 36104
Telephone: (334) 387-7680
Facsimile: (334) 387-3222
Email: tnovak@ball-ball.com
Email: msimpler@ball-ball.com

                                       *Attorneys for State Board of Medical Examiners, Drs. LeQuire, Brown, Jordan, Meigs, Rice, Rogers, Falgout, Ayers, Herrick, Leung, and Owens*

**CERTIFICATE OF SERVICE**

       On September 6, 2018, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record listed below:

B. Kincey Green Jr.
Reeves & Stewart PC
PO Box 447
Selma, AL 36072-0447
Kincey@bellsouth.net

Marc Ayers
BRADLEY ARANT ROSE & WHITE
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
Telephone: (205) 521-8598

Facsimile: (205) 488-6598
Email: mayers@bradley.com
Trip Umbach
Walter Bates
Madeleine Greskovich
STARNES DAVIS FLORIE LLP
100 Brookwood Place #7
Birmingham, Alabama 35209
Email: tumbach@starneslaw.com
         wbates@starneslaw.com
         mgreskovich@starneslaw.com

Brandon Essig
Logan Mathews
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Email: bessig@lightfootlaw.com
         lmathews@lightfootlaw.com

Bobby Segall
COPELAND FRANCO
P.O. Box 347
Montgomery, Alabama 36101-0347
Email: segall@copelandfranco.com

/s/ Barbara J. Wells
Of Counsel