IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

NORRIS W. GREEN, )
)
Plaintiff, )
)
v. ) CASE NO. 2:18-CV-00719-TFM
)
STATE BOARD OF MEDICAL EXAMINERS, ET AL, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW PATRICIA SHANER, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

9-6-18
Date

s/Robert D. Segall
(Signature)

Robert D. Segall (SEG003)
(Counsel's Name)

Patricia Shaner
Counsel for (print names of all parties)

Copeland Franco Screws & Gill, P.A.
P.O. Box 347, Montgomery, AL  36101
Address, City, State Zip Code

(334) 834-1180
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF System which will notify the following counsel of record electronically:

| | |
|---|---|
| **Attorney for Plaintiff**<br>B. Kincey Green, Jr.<br>Reeves & Stewart, P.C.<br>P.O. Box 447<br>Selma, AL  36702<br><br>**Attorneys for Alabama Board of Medical Examiners; H. Joseph Falgout, M.D.; Mark H. LeQuire, M.D.; Gregory W. Ayers, M.D.; Eli L. Brown, M.D.; David P. Herrick, M.D.; Beverly F. Jordan, M.D., Gary F. Leung, M.D.; John S. Meigs, Jr., M.D., Dick Owens, M.D.; Bradley S. Rice, M.D., Charles M.A. Rogers, IV, M.D.**<br><br>Barbara Wells<br>C. Richard Hill, Jr.<br>Capell & Howard, P.C.<br>P.O. Box 2069<br>Montgomery, AL 36102-2069<br>Barabara.wells@chlaw.com<br>Rick.hill@chlaw.com<br><br>Tabor Novak<br>Miland Simpler<br>Ball, Ball Matthews & Novak, PA<br>P.O. Box 2148<br>Montgomery, AL 36102-2148<br>tnovak@ball-ball.com | **Attorneys for Board of Censors of the Medical Assn. of AL and The Medical Assn. of AL**<br>Arnold W. Umbach, III<br>Madeleine Greskovich<br>Starnes Davis Florie, LLP<br>100 Brookwood Place, Floor 7<br>Birmingham, AL 35209<br>tumbach@starneslaw.com<br>msg@starneslaw.com<br><br>**Attorney for Eric Wilson Hunter**<br>Marc J. Ayers<br>Bradley Arant Boult Cummings, LLP<br>1819 5th Avenue N.<br>Birmingham, AL 35203-2120<br>Mayers@bradley.com<br><br>**Attorney for Boyde Jerome Harrison, M.D.**<br>Brandon Essig<br>Logan Mathews<br>Lightfoot Franklin & White, LLC<br>400  20th Street N.<br>Birmingham, AL 35203-3202<br>bessig@lightfootlaw.com |

                                                    s/Robert D. Segall
                                                  Of Counsel