# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

|  |  |  |
|---|---|---|
| NORRIS W. GREEN, | ) | |
| PLAINTIFF, | ) | |
| | ) | Case No. 2:18-cv-719-TFM |
| v. | ) | |
| STATE BOARD OF MEDICAL EXAMINERS, et al., | ) | |
| DEFENDANTS. | ) | |

## <u>NOTICE OF APPEARANCE</u>

Comes now Davis S. Vaughn of the law firm Bradley Arant Boult Cummings, LLP, and files this Notice of Appearance as additional counsel for Defendant Eric Wilson Hunter in the above-styled cause, and hereby requests that all future pleadings, orders and correspondence be served upon him in addition to the other counsel of record in the above-styled case.

*/s/ Davis S. Vaughn*
Davis S. Vaughn (ASB-4208-W14X)
dvaughn@bradley.com
One of the Attorneys for Defendant
Eric Wilson Hunter

1

OF COUNSEL
Marc James Ayers (ASB-7731-A60M)
mayers@bradley.com
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018 I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of

such filing to the following:

C. Richard Hill, Jr.
Barbara C. Wells
CAPELL & HOWARD, P.C.
150 South Perry Street
Montgomery, Alabama  36104

Tabor Novak
Miland Simpler
BALL BALL MATTHEWS & NOVAK, PA
445 Dexter Avenue, Suite 9045
Montgomery, Alabama  36104

Arnold W. Umbach, III
Walter W. Bates
Madeline Greskovich
STARNES DAVIS FLORIE LLP

100 Brookwood Place #7
Birmingham, Alabama  35209

Brandon Essig
Logan Mathews
LIGHTFOOT FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, Alabama  35203

Bobby Segall
COPELAND FRANCO
P.O. BOX 347
Montgomery, Alabama  36101-0347

B. Kincey Green, Jr.
REEVES & STEWART, PC
P.O. Box 447
Selma, Alabama  36702-0447


/s/ *Davis S. Vaughn*
Of Counsel