IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

NORRIS W. GREEN, )
)
Plaintiff, )
)
v. ) CASE NO. 2:18-cv-719
)
STATE BOARD OF MEDICAL EXAMINERS, ET. AL, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ERIC WILSON HUNTER, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

9/6/2018                           s/ Marc James Ayers
Date                               (Signature)

                                   Marc James Ayers
                                   (Counsel's Name)

                                   Defendant, Eric Wilson Hunter
                                   Counsel for (print names of all parties)
                                   Bradley Arant Boult Cummings LLP
                                   1819 5th Ave. N.  Birmingham, AL  35203
                                   Address, City, State Zip Code
                                   205-521-8598
                                   Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Marc James Ayers_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic filing_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __6th____day of __September_____ 20_18_, to:

B. Kincey Green Jr., REEVES & STEWART PC PO Box 447 Selma, Alabama 36702

C. Richard Hill, Jr. & Barbara C. Wells CAPPELL & HOWARD, P.C. 150 S. Perry St. Montgomery, Alabama 36104

Tabor Novak BALL BALL MATTHEWS & NOVAK 445 Dexter Ave. Suite 9045 Montgomery, Alabama 36104

Trip Umbach, Walter Bates, & Madeleine Greskovich STARNES DAVIS FLORIE LLP 100 Brookwood Place #7 Birmingham, Alabama 35209

Brandon Essig & Logan Mathews LIGHTFOOT FRANKLIN & WHITE, LLC 400 20th Street N. Birmingham, Alabama 35203

Bobby Segall COPELAND FRANCO P.O. Box 347 Montgomery, Alabama 36101-0347

9/6/2018                                                                s/ Marc James Ayers
Date                                                                    Signature