UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
One Church Street, Room B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 10, 2018

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Green v. State Board of Medical Examiners et al

Civil Case Number:   **2:18-cv-00719-TFM**

The above-styled case has been reassigned to Judge Gray M. Borden.

Please note that the case number is now 2:18cv00719-GMB.

This new case number should be used on all future correspondence and pleadings in this action.