IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS W. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Civil Action No. 2:18-cv-00719-GMB |
| | ) |
| STATE BOARD OF MEDICAL | ) |
| EXAMINERS, et al., | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

COME NOW the Defendants, Charles M.A. Rogers, IV, M.D.; H. Joseph Falgout, M.D.; Mark H. LeQuire, M.D.; Gregory W. Ayers, M.D.; Eli L. Brown, M.D.; David P. Herrick, M.D.; Beverly F. Jordan, M.D.; Gary F. Leung, M.D.; John S. Meigs, Jr., M.D.; Dick Owens, M.D.; and Bradley S. Rice, M.D., and in accordance with *Federal Rule of Civil Procedure* 7.1, make the following disclosure:

These parties are individuals.

{B2954162}

Respectfully submitted this 13th day of September, 2018.

*s/Arnold W. Umbach III*
Arnold W. Umbach III (ASB-1932-M66A)
Walter William Bates (ASB-7202-E49W)
Madeleine S. Greskovich (ASB-1703-U11Q)
**STARNES DAVIS FLORIE LLP**
100 Brookwood Place, Seventh Floor
Birmingham, Alabama  35259-8512
(205) 868-6000 - Phone
(205) 868-6099 - Facsimile
tumbach@starneslaw.com
bbates@starneslaw.com
mgreskovich@starneslaw.com

*Attorneys for Defendants*
*The Medical Association of Alabama and The Board of Censors of the Medical Association of Alabama*

{B2954162}

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of September, 2018, I electronically filed the foregoing with the Clerk of Court through CM-ECF, which will send electronic notification of such filing to the following:

B. Kincey Green, Jr.
**Reeves & Stewart, P.C.**
Post Office Box 447
Selma, Alabama  36702-0447
kincey@bellsouth.net

Barbara Jean Wells
C. Richard Hill , Jr.
**Capell & Howard, P.C.**
150 South Perry Street (36104)
P. O. Box 2069
Montgomery, Alabama  36102-2069
Barbara.Wells@chlaw.com
crh@chlaw.com

Brandon Essig
Logan Matthews
**Lightfoot, Franklin & White, L.L.C.**
The Clark Building
400 20th Street North
Birmingham, Alabama  35203-3200
bessig@lightfootlaw.com
lmatthews@lightfootlaw.com

Marc James Ayers, Sr.
Davis S. Vaughn
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 5th Avenue North
Birmingham, Alabama  35203
mayers@bradleyarant.com
dvaughn@bradley.com

{B2954162}

Tabor Robert Novak, Jr.
Miland Fredrick Simpler, III
**Ball Ball Matthews & Novak P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama  36104-3775
tnovak@ball-ball.com
msimpler@ball-ball.com

Robert David Segall
**Copeland Franco Screws & Gill P.A.**
444 S. Perry Street
Montgomery, Alabama  36104-4236
segall@copelandfranco.com

and I hereby certify that I have emailed and/or mailed by United States Postal Service the document to the following non-CM-ECF participants:

H. Lewis Gillis
**Means Gillis Law P.C.**
60 Commerce Street, Suite 200
Montgomery, Alabama  36104
hlgillis@meansgillislaw.com

Mark Englehart
**Englehart Law Offices**
9457 Alysbury Place
Montgomery, Alabama  36117-6005
jmenglehart@gmail.com

*s/Arnold W. Umbach III*

{B2954162}