MD AL  MODIFIED AO 440  (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama ▾

| | |
|---|---|
| NORRIS W. GREEN | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:18-cv-719 |
| STATE BOARD OF MEDICAL EXAMINERS, ET AL | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PATRICIA SHANER
8505 OLDE GATE
MONTGOMERY, ALABAMA  36116-6655

*[RECEIVED 2018 SEP 24 P 1:4? DEBRA P. HACKETT, U.S. DISTRICT COURT, MIDDLE DISTRICT]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

B. KINCEY GREEN JR.
REEVES & STEWART PC
PO BOX 447
SELMA, AL  36702-0447

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: August 15, 2018                              _____
                                                   Signature of Clerk or Deputy Clerk

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-CV-719

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Office of the Clerk
United States District Court
One Church Street
Montgomery, AL 36104

**CERTIFIED MAIL**

7016 1970 0000 9008 8510



NIXIE        326  DE 1        0009/19/18
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 36104401801        2247N262172-01863

PATRICIA SHANER
8505 OLDE GATE ROAD
MONTGOMERY, AL 36116-6655

RECEIVED
2018 SEP 24  A 10: 45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>PATRICIA SHANER<br>8505 OLDE GATE ROAD<br>MONTGOMERY, AL 36116-6655<br>|..||..||....||..||..||..||....||..|.|..|.|....||| | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>2:18cv719 CS |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3922 8060 1295 96 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 1970 0000 9008 8510 | ☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                   Domestic Return Receipt