IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS W. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-719-GMB |
| ) | |
| STATE BOARD OF MEDICAL ) | |
| EXAMINERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pending before the court are Defendants' Motions For A More Definite Statement. Docs. 55 & 56. It is ORDERED that on or before **November 9, 2018**, Plaintiff shall file a response to the motions (Docs. 55 & 56), and Defendants may file a reply on or before **November 16, 2018**.

Previously, the parties were notified of the assignment of this case to a Magistrate Judge and the right to request reassignment to a District Judge. Without the consent of the parties, the Magistrate Judge cannot take dispositive action in this case. *See* 28 U.S.C. § 636(c). As explained in the attached Explanation of Assignment to United States Magistrate Judge, the parties have the right to consent to or to decline to consent to a Magistrate Judge's jurisdiction without adverse consequences. Accordingly, counsel for the parties are DIRECTED to complete and to send to the Clerk of Court the appropriate attached form so that the form is received by the Clerk of Court on or before **November 16, 2018**.

**CONSENT FORMS MAY NOW BE SUBMITTED ELECTRONICALLY TO THE CLERK OF THE COURT.**  If a party elects to complete the consent form, counsel may log into the Case Management/Electronic Case File (CM/ECF) system, select the Magistrate Judge Consent Form event, and electronically prepare and submit the form.  In the alternative, counsel may complete the attached consent form and mail it to the Clerk of the Court.  Do NOT electronically file the consent form into the record.  If you have any questions about electronic consent submission, please contact the Clerk's Office.

If a party elects to complete the form requesting reassignment to a district judge, counsel must complete the attached form and mail it to the Clerk's Office. There is no option to log into CM/ECF and electronically submit the reassignment form.  Do NOT electronically file the reassignment form into the record.

DONE this 26th day of October, 2018.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS W. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-719-GMB |
| ) | |
| STATE BOARD OF MEDICAL ) | |
| EXAMINERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_____     _____
Date                                              Signature

                                        _____
                                        Counsel For (**print** name of all parties)

                                        _____
                                        Address, City, State Zip Code

                                        _____
                                        Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS W. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:18-cv-719-GMB |
| | ) | |
| STATE BOARD OF MEDICAL EXAMINERS, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party has read the Notice of Assignment To United States Magistrate Judge and hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge. **The party understands that this request may not be revoked.**

_____     _____
   Date                                             Signature

_____
Counsel For (**print** name of all parties)

_____
Address, City, State Zip Code

_____
Telephone Number
**DO NOT ELECTRONICALLY FILE THIS DOCUMENT**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO**
**UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of the court.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of the court are designated to conduct any and all proceedings in a jury or non-jury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeal for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

There are advantages to consenting to a Magistrate Judge.  The principal one is that the Magistrate Judges have fewer civil case assignments than do the District Judges and may therefore be able to place you on a less crowded term or otherwise resolve your case more quickly.  As you know, the Middle District is in a judicial emergency with only one active District Judge for a three-judge court.  The district court docket is very congested, and visiting District Judges from other locations throughout the country are being assigned to preside in some cases in which the parties do not consent.  The parties are therefore encouraged to consider consenting to a local Magistrate Judge as an alternative in order to move cases along while judicial resources are very limited.  All of our Magistrate Judges have substantial experience in managing and trying civil cases; they are extremely competent and knowledgeable in the law and relevant civil procedures.

As a party to this lawsuit, you have the right to consent or to decline to consent to the jurisdiction of a Magistrate Judge.  Litigants, without concern for any adverse consequences, freely may decline to consent to the jurisdiction of a Magistrate Judge.  If you decline to consent to a Magistrate Judge, this case will be reassigned randomly to a District Judge.