IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS W. GREEN** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CASE NO. 2:18-CV-719** |
| | ) |
| **STATE BOARD OF MEDICAL** | ) |
| **EXAMINERS, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned and enters his appearance as co-counsel for the Defendant, Boyde Jerome Harrision, M.D., in the above-styled action. The undersigned would request that copies of all pleadings, notices, etc., be served upon him.

Respectfully submitted this the 29th day of October, 2018.

                                    */s/ R. Mac Freeman, Jr.*
                                    R. Mac Freeman, Jr. (FRE046)
                                    Attorney for Defendant Boyde Harrison, MD

OF COUNSEL:

Rushton, Stakely, Johnston & Garret, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
(334) 206-3114
(334) 481-0807 (fax)
rmf@rushtonstakely.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 29, 2018 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. Mail:

B. Kincey Green, Jr. (GRE040)
Reeves & Stewart, P.C.
Post Office Box 447
Selma, Alabama 36702-0447
kincey@bellsouth.net

Barbara Wells
Charles Richard Hill, Jr.
Capell & Howard, P.C.
150 South Perry Street
Montgomery, Alabama 36104
barbara.wells@chlaw.com
crh@chlaw.com

Walter W. "Billy Bates
Madeline Greskovich
Arnold W. Umbach, III
Starnes Davis Florie, LLP
Post Office Box 598512
Birmingham, Alabama 35259-8512
wwb@starneslaw.com
msg@starneslaw.com
tumbach@starneslaw.com

Tabor Robert Novak, Jr.
Miland F. Simpler, III
Ball Ball Matthews & Novak
Post Office Box 2148
Montgomery, Alabama 36102-2148
tnovak@ball-ball.com
msimpler@ball-ball.com

Robert David Segall
Copeland Franco Screws & Gill
Post Office Box 347
Montgomery, Alabama 36101-0347
segall@copelandfranco.com

Marc James Ayers, Sr.
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, Alabama 35203
mayers@bradleyarant.com

Brandon Essig
Logan Matthews
Lightfoot Franklin & White
400 20th Street North
Birmingham, Alabama 35203
bessig@lightfootlaw.com
lmatthews@lightfootlaw.com

> */s/ R. Mac Freeman, Jr.*
> OF COUNSEL