# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **NORRIS W. GREEN** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:18-CV-719** |
| ) | |
| **STATE BOARD OF MEDICAL** ) | |
| **EXAMINERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## <u>CONFLICT DISCLOSURE STATEMENT</u>

COMES NOW Defendant, Boyde Jerome Harrision, M.D., in the above-styled action and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual and/or an agent of a governmental entity and there are no entities to be reported.

Respectfully submitted this the 29th day of October, 2018.


*/s/ R. Mac Freeman, Jr.*
R. Mac Freeman, Jr. (FRE046)
Attorney for Defendant Boyde Harrison, MD

OF COUNSEL:

Rushton, Stakely, Johnston & Garret, P.A.
P.O. Box 270
Montgomery, AL 36101-0270
(334) 206-3114
(334) 481-0807 (fax)
rmf@rushtonstakely.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 29, 2018 I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to all counsel of record.

                                */s/ R. Mac Freeman, Jr.*
                                OF COUNSEL