# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA, MONTGOMERY DIVISION

| | | |
|---|---|---|
| **NORRIS W. GREEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO.:   2:18-CV-00719-GMB** |
| | ) | |
| **STATE BOARD OF MEDICAL** | ) | |
| **EXAMINERS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Joe Peddy, of the law firm of **SMITH, SPIRES, PEDDY, HAMILTON & COLEMAN** and hereby gives notice of his appearance as additional counsel of record for the defendant, Gary F. Leung, M.D., in the above-styled cause of action.

Respectfully submitted,

/s/ A. Joe Peddy
BAR ID: ASB-2348-E63A
E-mail: ajp@ssp-law.com
SMITH, SPIRES, PEDDY,
HAMILTON & COLEMAN, P.C.
2015 2nd Avenue North, Suite 200
Birmingham, Alabama 35203
(205) 251-5885
(205) 214-6154

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to all counsel of record on this the 29th day of October, 2018.

*s/A. Joe Peddy*
Of Counsel