IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS W. GREEN, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:18-cv-719-GMB |
| ) | |
| STATE BOARD OF MEDICAL ) | |
| EXAMINERS, et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR MORE DEFINITE STATEMENT

So as not to burden the Court with repetitive arguments, Defendants, the Medical Association of Alabama, Dr. H. Joseph Falgout, Dr. Mark LeQuire, Dr. Gregory Ayers, Dr. Eli Brown, Dr. David Herrick, Dr. Gary Leung, Dr. Charles Rogers, Dr. Beverly Jordan, Dr. John Meigs, Dr. Bradley Rice, Dr. Dick Owens, and Dr. Boyde Jerome Harrison (all in their capacity as members of the Board of Censors of the Medical Association), adopt the Reply in Support of Defendants' Motions for More Definite Statement filed by the Alabama Board of Medical Examiners and others.

Respectfully submitted this 16th day of November, 2018.

*s/Arnold W. Umbach III*
Arnold W. Umbach III (ASB-1932-M66A)
Walter William Bates (ASB-7202-E49W)
Madeleine S. Greskovich (ASB-1703-U11Q)

{B3009151}

**STARNES DAVIS FLORIE LLP**
100 Brookwood Place, Seventh Floor
Birmingham, Alabama 35209
Telephone: (205) 868-6000
Facsimile: (205) 868-6099
Email: tumbach@starneslaw.com
       bbates@starneslaw.com
       mgreskovich@starneslaw.com

*Attorneys for Defendants*
*The Medical Association of Alabama,*
*Dr. H. Joseph Falgout, Dr. Mark LeQuire,*
*Dr. Gregory Ayers, Dr. Eli Brown,*
*Dr. David Herrick, Dr. Gary Leung,*
*Dr. Charles Rogers, Dr. Beverly Jordan,*
*Dr. John Meigs, Dr. Bradley Rice,*
*Dr. Dick Owens, Dr. Boyde Jerome Harrison*

s/Brandon K. Essig
Brandon K. Essig (ASB-4186-N51E)
**LIGHTFOOT FRANKLIN & WHITE LLC**
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0738
Facsimile: (205) 581-0799
Email: bessig@lightfootlaw.com

s/R. Mac Freeman, Jr.
R. Mac Freeman, Jr. (ASB-3323-D62F)
**RUSHTON STAKELY**
184 Commerce Street
Montgomery, AL 36104
Telephone: (334) 206-3114
Facsimile: (334) 481-0807
Email: RMF@rushtonstakely.com

*Attorneys for Defendant*
*Dr. Boyde Jerome Harrison*

{B3009151}                              2

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November, 2018, I electronically filed the foregoing with the Clerk of Court through CM-ECF, which will send electronic notification of such filing to the following:

B. Kincey Green, Jr.
**Reeves & Stewart, P.C.**
Post Office Box 447
Selma, Alabama 36702-0447
kincey@bellsouth.net

Barbara Jean Wells
C. Richard Hill, Jr.
**Capell & Howard, P.C.**
150 South Perry Street (36104)
P. O. Box 2069
Montgomery, Alabama 36102-2069
Barbara.Wells@chlaw.com
crh@chlaw.com

Brandon Essig
Logan Matthews
**Lightfoot, Franklin & White, L.L.C.**
The Clark Building
400 20th Street North
Birmingham, Alabama 35203-3200
bessig@lightfootlaw.com
lmatthews@lightfootlaw.com

Robert David Segall
**Copeland Franco Screws & Gill P.A.**
444 S. Perry Street
Montgomery, Alabama 36104-4236
segall@copelandfranco.com

Marc James Ayers, Sr.
Davis S. Vaughn
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 5th Avenue North
Birmingham, Alabama 35203
mayers@bradleyarant.com
dvaughn@bradley.com

Tabor Robert Novak, Jr.
Miland Fredrick Simpler, III
**Ball Ball Matthews & Novak P.A.**
445 Dexter Avenue, Suite 9045
Montgomery, Alabama 36104-3775
tnovak@ball-ball.com
msimpler@ball-ball.com

and I hereby certify that I have emailed and/or mailed by United States Postal Service the document to the following non-CM-ECF participants:

None.

*s/Arnold W. Umbach III*