IN THE U.S. DISTRCIT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **NORRIS W. GREEN,** )<br>)<br>  **Plaintiff,** )<br>)<br>**STATE BOARD OF MEDICAL** )<br>**EXAMINERS; BOYDE JEROME** )<br>**HARRISON, MD, et al.** )<br>)<br>  **Defendants.** ) | Case No.: 2:18-cv-719-TFM |

### NOTICE OF APPEARANCE

Christine E. Gwinn-Ross, of the law firm Lightfoot, Franklin & White, L.L.C., hereby enters her appearance as additional counsel of record for Defendant Boyde Jerome Harrison, M.D..  Please serve all future correspondence and filings accordingly.

                                                */s/ Christine E. Gwinn-Ross*
                                                Attorney for Defendant,
                                                Boyde Jerome Harrison, M.D.

OF COUNSEL:
Brandon Essig
bessig@lightfootlaw.com
Logan T. Matthews
lmathews@lightfootlaw.com
Christine E. Gwinn-Ross
cgwinn@lightfootlaw.com
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
Telephone:  (205) 581-0710
Facsimile: (205) 581-0799

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                   */s/ Christine E. Gwinn-Ross*