UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **Green** } | |
| } | |
| **Plaintiff** } | Case No. 2:18-cv-00719-GMB |
| } | |
| v. } | |
| } | |
| **State Board of Medical** } | |
| } | |
| **Defendant** } | |

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE:  **October 29, 2018**          NAME:  **Bailey Kincey Green**

                                  PARTY REPRESENTED  **Norris W. Green**