UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **Green** | } |
| **Plaintiff** | } Case No. 2:18-cv-00719-GMB |
| v. | } |
| **State Board of Medical** | } |
| **Defendant** | } |

☑ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE: **October 24, 2018**     NAME: **Barbara Jean Wells**

PARTY REPRESENTED  **State Board of Medical Examiners**

**H. Joey Falgout, M.D.**

**Mark H. LeQuire, M.D.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **Green** | } |
| | } |
| **Plaintiff** | } Case No. 2:18-cv-00719-GMB |
| | } |
| v. | } |
| | } |
| **State Board of Medical** | } |
| | } |
| **Defendant** | } |

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE: **October 24, 2018**   NAME: **Barbara Jean Wells**

PARTY REPRESENTED   **Gregory W. Ayers, M.D.**

**Eli L. Brown, M.D.**

**David P. Herrick, M.D.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **Green** } | |
| } | |
| **Plaintiff** } | Case No. 2:18-cv-00719-GMB |
| } | |
| v.  } | |
| } | |
| } | |
| **State Board of Medical** } | |
| } | |
| **Defendant** } | |

☑ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE:  **October 24, 2018**          NAME:  **Barbara Jean Wells**

                            PARTY REPRESENTED   **Beverly F. Jordan, M.D.**

                                                   **Gary F. Leung, M.D.**

                                                   **John S. Meigs, Jr., M.D.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | | |
|---|---|---|
| **Green** | } | |
| | } | |
| **Plaintiff** | } | Case No. 2:18-cv-00719-GMB |
| | } | |
| v. | } | |
| | } | |
| **State Board of Medical** | } | |
| | } | |
| **Defendant** | } | |

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE: **October 24, 2018**           NAME: **Barbara Jean Wells**

PARTY REPRESENTED   **Dick Ownes, M.D.**

**Bradley S. Rice, M.D.**

**Charles M.A. Rogers, IV, M.D.**