# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### Northern DIVISION

| | | |
|---|---|---|
| **Green** | } | |
| | } | |
| **Plaintiff** | } | **Case No. 2:18-cv-00719-GMB** |
| | } | |
| v. | } | |
| | } | |
| | } | |
| **State Board of Medical** | } | |
| | } | |
| **Defendant** | } | |

✓  **Consent to Magistrate Judge Jurisdiction**

  In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE:  **November 01, 2018**       NAME:  **Madeleine Greskovich**

              PARTY REPRESENTED  **The Medical Association of Alabama (MASA)**

                               **The Board of Censors of MASA**

                               **Gregory W. Ayers**