UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **Green** | } |
| | } |
| **Plaintiff** | } Case No. 2:18-cv-00719-GMB |
| | } |
| v. | } |
| | } |
| **State Board of Medical** | } |
| | } |
| **Defendant** | } |

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE: **October 19, 2018**    NAME: **Brandon Essig**

PARTY REPRESENTED  **Boyde Jerome Harrison, M.D.**