UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

| | |
|---|---|
| **Green** } | |
| } | |
| **Plaintiff** } | Case No. 2:18-cv-00719-GMB |
| } | |
| v.  } | |
| } | |
| } | |
| **State Board of Medical** } | |
| } | |
| **Defendant** } | |

☑ **Consent to Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit.

DATE: **December 04, 2018**         NAME: **Davis S. Vaughn**

                    PARTY REPRESENTED  **Eric Wilson Hunter**