## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 10, 2019

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Green v. State Board of Medical Examiners et al

　　　Civil Action No.   2:18-cv-00719-GMB

The above-styled case has been reassigned to Stephen Michael Doyle.

Please note that the case number is now **2:18-cv-00719-SMD.** The new case number should be used on all future correspondence and pleadings.