# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA, MONTGOMERY DIVISION

| | |
|---|---|
| **NORRIS W. GREEN,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO.:   2:18-CV-00719-GMB** |
| ) | |
| **STATE BOARD OF MEDICAL** ) | |
| **EXAMINERS, et al.,** ) | |
| ) | |
|    Defendants. ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Amanda T. Roy, of the law firm of **SMITH, SPIRES, PEDDY, HAMILTON & COLEMAN** and hereby gives notice of her appearance as additional counsel of record for the defendant, Gary F. Leung, M.D., in the above-styled cause of action.

                      Respectfully submitted,

                      /s/ Amanda T. Roy
                      BAR ID: ASB-2348-E63A
                      E-mail: ajp@ssp-law.com
                      SMITH, SPIRES, PEDDY,
                      HAMILTON & COLEMAN, P.C.
                      2015 2nd Avenue North, Suite 200
                      Birmingham, Alabama 35203
                      (205) 251-5885
                      (205) 214-6154

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which will send notification of such filing to all counsel of record on this the 1st day of April, 2019.

                                        *s/Amanda T. Roy*
                                        Of Counsel