**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **NORRIS W. GREEN,** | ) |
| | ) |
| **PLAINTIFF,** | ) |
| | ) |
| v. | )  CASE NO. 2:18-cv-719-GMB |
| | ) |
| **STATE BOARD OF MEDICAL** | ) |
| **EXAMINERS, et al.,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Come now the Defendants, by and through counsel authorized to act on their collective behalf, and move this Court enter an order extending the time for the Defendants to make their responses to the Plaintiff's Second Amended Complaint (Doc. 74) for a period of one week to the 13th day of May, 2019, and for grounds set out as follows:

1. The Second Amended Complaint, includes extensive factual allegations, presents multiple claims against multiple Defendants acting in separate and distinct capacities, including claims for compensatory and punitive damages, declaratory relief, and presenting a Constitutional challenge.

2. Counsel for the Defendants have consulted with counsel for the Plaintiff, and counsel for the Plaintiff does not oppose an extension of one week to the 13th day of May for the Defendants to file their responses to the Second Amended Complaint.

3. No party will be prejudiced by an order granting the requested extension.

WHEREFORE, your movants respectfully request that this Court extend the time for the Defendants to make their responses to the Second Amended Complaint to the 13th day of May, 2019.

/s/ Tabor R. Novak, Jr.
TABOR R. NOVAK, JR. (NOV001)
MILAND F. SIMPLER, III (SIM103)

OF COUNSEL:

BALL BALL MATTHEWS & NOVAK, PA
445 Dexter Avenue Suite 9045
Montgomery, Alabama 36104
Telephone: (334) 387-7680
Facsimile: (334) 387-3222
Email: tnovak@ball-ball.com
Email: msimpler@ball-ball.com

/s/ Barbara J. Wells
BARBARA J. WELLS (GIL037)
C. RICHARD HILL, JR. (HIL045)
BLAKE BROOKSHIRE (BRO313)

OF COUNSEL:

CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: Barbara.Wells@chlaw.com
Email: Rick.Hill@chlaw.com
Email: Blake.Brookshire@chlaw.com

*Attorneys for State Board of Medical Examiners, Drs. LeQuire, Brown, Jordan, Meigs, Rice, Rogers, Falgout, Ayers, Herrick, Leung, and Owens with Authority to file this Reply on behalf of all defendants*

**CERTIFICATE OF SERVICE**

      On April 29, 2019, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record listed below:

| | |
|---|---|
| B. Kincey Green Jr.<br>REEVES & STEWART PC<br>PO Box 447<br>Selma, AL 36072-0447<br>Email: Kincey@bellsouth.net | Brandon Essig<br>Logan Matthews<br>LIGHTFOOT FRANKLIN & WHITE, LLC<br>400 20th Street North<br>Birmingham, Alabama 35203<br>Email: bessig@lightfootlaw.com<br>        lmathews@lightfootlaw.com |
| Arnold W. Umbach, III<br>Walter William (Billy) Bates<br>Madeleine Greskovich<br>STARNES DAVIS FLORIE LLP<br>100 Brookwood Place #7<br>Birmingham, Alabama 35209<br>Email: tumbach@starneslaw.com<br>      wbates@starneslaw.com<br>      mgreskovich@starneslaw.com | Marc James Ayers, Sr.<br>Davis S. Vaughn<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>One Federal Place<br>1819 5th Avenue North<br>Birmingham, AL 35203<br>mayers@bradleyarant.com<br>dvaughn@bradley.com |
| Robert David (Bobby) Segall<br>COPELAND FRANCO SCREWS & GILL<br>P.O. Box 347<br>Montgomery, Alabama 36101-0347<br>Email: segall@copelandfranco.com | Mac Freeman, Jr.<br>RUSHTON STAKELY<br>184 Commerce Street<br>Montgomery, AL 36104<br>RMF@rushtonstakely.com |
| A. Joe Peddy<br>SMITH, SPIRES, PEDDY, HAMILTON<br>& COLEMAN, P.C.<br>2015 2nd Avenue North, Suite 200<br>Birmingham, AL 35203<br>ajp@ssp-law.com | |

                                            /s/ Tabor R. Novak, Jr.<br>                                            Of Counsel