IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORRIS W. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 2:18-cv-719-SMD |
| STATE BOARD OF MEDICAL | ) | |
| EXAMINERS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' unopposed Motion for Extension of Time to File Answer (Doc. 75), it is

ORDERED that the Motion is GRANTED. Defendants may file their responses to Plaintiff's Second Amended Complaint on or before May 13, 2019.

Done this 30th day of April, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE