IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORRIS W. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:18-cv-719-SMD |
| STATE BOARD OF MEDICAL ) | |
| EXAMINERS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the Association Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 77); the Motion to Dismiss (Doc. 78); Defendants Patricia Shaner and Wilson Hunter's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 79); and Defendant Boyde J. Harrison, M.D.'s Motion to Dismiss (Doc. 80), it is

ORDERED that, on or before June 14, 2019, Plaintiff is to show cause, if any there be, why the motions should not be granted. Defendants may file replies on or before June 28, 2019.

Done this 14th day of May, 2019.

/s/ Stephen M. Doyle
UNITED STATES MAGISTRATE JUDGE